# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT


AMERICAN ACADEMY OF PEDIATRICS,
et al.,

          Petitioners,

    v.

MICHAEL REGAN, ADMINISTRATOR,
U.S. ENVIRONMENTAL PROTECTION
AGENCY,

          Respondent.

Case Nos. 20-1221 &
consolidated cases

## JOINT MOTION TO GOVERN AND REQUEST FOR
## CONTINUANCE OF THE ABEYANCE

Respondents United States Environmental Protection Agency

(EPA) and Michael Regan, Administrator, submit this motion to govern

as required by this Court's order of March 17, 2023. The Petitioners

from the consolidated cases joining in this motion to govern are:

Advanced Emissions Solutions, Inc.; ADA Carbon Solutions, LLC; ADA-

ES, Inc.; Air Alliance Houston; American Academy of Pediatrics;

American Lung Association; American Public Health Association;

Calpine Corporation; Chesapeake Bay Foundation; Chesapeake Climate

Action Network; Citizens for Pennsylvania's Future; Clean Air Council; Clean Wisconsin; Conservation Law Foundation; Constellation Energy Corporation; Downwinders at Risk; Environment America; Environmental Defense Fund; Environmental Integrity Project; Environmental Law and Policy Center; Montana Environmental Information Center; National Association for the Advancement of Colored People; National Grid Generation, Natural Resources Council of Maine; Natural Resources Defense Council; Physicians for Social Responsibility; Public Service Enterprise Group, Inc; Pugent Sound Energy; Sierra Club; State of Washington; the Ohio Environmental Council; and United States Public Research Group. Petitioners and Respondents (collectively, "the Parties") request that the Court extend the abeyance in this case for an additional 30 days.

1.     This case is presently in abeyance pending EPA's review of a related final action entitled, "National Emission Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric Utility Steam Generating Units—Reconsideration of Supplemental Finding and Residual Risk and Technology Review," 85 Fed. Reg. 31,286 (May 22, 2020) (2020 Rule).

2.     On March 6, 2023, EPA published the final rule entitled,

"National Emission Standards for Hazardous Air Pollutants: Coal- and

Oil-Fired Electric Utility Steam Generating Units-Revocation of the

2020 Reconsideration and Affirmation of the Appropriate and Necessary

Supplemental Finding." 88 Fed. Reg. 13,956 (Mar. 6, 2023). Any

petitions for review challenging the final rule were due sixty days after

publication, 42 U.S.C. § 7607(b)(1), which has now passed.

3.     On March 14, 2023, EPA submitted a status report

requesting motions to govern be due June 5, 2023 (Doc. #1990107),

which this Court set in an order on March 17, 2023. (Doc. # 1990680).

4.     The Parties are continuing to negotiate the appropriate

resolution of this case and require additional time to complete those

discussions.

The Parties thus respectfully request that the Court enter the

proposal set forth above and hold this case in abeyance for an additional

30 days, with new motions to govern due July 5, 2023.

Dated: June 5, 2023                          Respectfully submitted,


                                             TODD KIM
                                             Assistant Attorney General

/s/ *Redding Cofer Cates*
REDDING COFER CATES
U.S. Department of Justice
Environment & Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(T) (202) 514-2617
Redding.Cates@usdoj.gov

*Counsel for Respondents*
*Environmental Protection*
*Agency, et al.*

**CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 32(A)**

I hereby certify that this brief complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font.

I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 32(g)(1) and 27(d)(2)(A) because it contains 383 words, excluding the parts of the brief exempted under Rule 32(a)(7)(B)(iii), according to the count of Microsoft Word.

*/s/ Redding Cofer Cates*
Redding Cofer Cates